Robert E. Maloney, Jr., OSB No. 670856
maloneyr@lanepowell.com
**Charles F. Hudson**, OSB No. 830494
hudsonc@lanepowell.com
**Brian T. Kiolbasa**, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2105
Facsimile: 503.778.2200

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SIRIUS COMPUTER SOLUTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **NORDISK SYSTEMS, INC.,** <br><br> Defendant. | Case No. 3:16-cv-01641-AA <br><br> STIPULATED MOTION AND ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to their settlement of all issues presented in this case, the parties stipulate and jointly move for the entry of a judgment of dismissal with prejudice and without costs or attorney fees to any party.

---

*Stipulation and Order appears on the following page.*

/

PAGE 1 - STIPULATED MOTION AND ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS SO STIPULATED:

| LANE POWELL PC | SCHMOYER REINHARD LLP |
|---|---|
| s/ Robert E. Maloney, Jr.<br>Robert E. Maloney, Jr., OSB No. 670856<br>maloneyr@lanepowell.com<br>Charles F. Hudson, OSB No. 83049<br>hudsonc@lanepowell.com<br>Brian T. Kiolbasa, OSB No. 112890<br>kiolbasab@lanepowell.com<br>Telephone: 503.778.2105<br>Facsimile: 503.778.2200<br><br>Attorneys for Defendant Nordisk Systems, Inc. | s/ Christine E. Reinhard<br>Christine E. Reinhard – *Pro Hac Vice*<br>Texas State Bar No. 24013389<br>creinhard@sr-llp.com<br>Annalyn G. Smith – *Pro Hac Vice*<br>Texas State Bar No. 18532500<br>asmith@sr-llp.com<br>Telephone: 210.447.8033<br>Facsimile: 210.447.8036<br><br>GORDON & POLSCER, L.L.C.<br><br>s/ Mary-Anne Rayburn<br>Robert Spajic, OSB No. 961519<br>bspajic@gordon-polscer.com<br>Mary-Anne Rayburn, OSB No. 803680<br>mrayburn@gordon-polscer.com<br>Telephone: 503.242.2922<br>Facsimile: 503.242.1264<br><br>Attorneys for Plaintiff Sirius Computer Solutions, Inc. |

Pursuant to the stipulation of the parties,

**IT IS HEREBY ORDERED** that the above-entitled case be dismissed with prejudice and without cost or attorney fees to any party. The clerk shall enter judgment accordingly.

DATED this 20th day of July, 2018.

_____
ANN AIKEN
United States District Judge

PAGE 2 - STIPULATED MOTION AND ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE